Writ refused. This is not a final judgment, therefore, the application is premature.

161 So.2d 278

**Loudis PARISH**

v.

**STANDARD ACCIDENT INSURANCE COMPANY.**

No. 47090.

March 11, 1964.

In re: Standard Accident Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 158 So.2d 892.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

161 So.2d 278

**S. C. DOWDEN**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

No. 47079.

March 11, 1964.

In re: Southern Farm Bureau Casualty Insurance Company applying for certiorari

or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 151 So. 2d 697.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.